United States District Court
Southern District of Texas
Houston   Division

Plaintiff: Raymond E. Carr

civil action No. _____

V.

Defendant: Margot Burbin, Director Salvation Army, et.al

Original Complaint

Raymond E. Carr
Lord of the Streets
3401 Fannin St.
Houston, Tx 77004

## Address of Defendant

1) Salvation Army Habor Light Center
   2407 N. Main
   Houston, Tx 77009

## Jurisdiction

The courts jurisdiction is invoked under 28 USC § 1331, 1332, 1367, and article 3 of the U.S. Constitution.

## Statement of Facts

I am filing this lawsuit against the staff at the Salvation Army Harbor Light Center for entering the conspiracy designed against the plaintiff to oppress, humiliate, and inflict severe emotional distress, malicious hazing, and on-going harrassment in violation of the Americans with disabilities Act of 1990, Rehabilitation Act of 1973, and 14th Amendment equal protection of Law. Also see civil conspiracy statute 42 USC § 1985

## Statement of the Case

On December 21, 2017, I was released from the Austin Transitional Center due to discharging my sentence and came to Houston to the Salvation Army shelter. Upon my arrival the Salvation Army staff immediately treated me arbitrarily and unfair by repeatedly writing false disciplinary reports in an attempt to have me ousted from the program I enrolled in. They also changed the program policy, weight room activity, and other measures to invade my privacy, and work against my personal interest and rehabilitation. Furthermore, the staff invited residents to harass, intimidate, humiliate, and subject me to malicious hazing, and my kitchen supervisor repeatedly wrote false disciplinary reports to have me kick-out the program. Their last attempt to put me out into the street was on 8/9/18, when one of the staff members lied and told me he would work-out a plan that would allow me to stay but on 8/15/18, he came all a sudden and gave me another notice ordering me to leave on 8/17/18. The grievance that I filed was recklessly disregarded which a copy of the notice and grievance are attached as exhibits A & B.

## Relief Sought

A reasonable amount in damages for the mental, emotional, and psychological abuse inflicted.

Raymond Earl Carr
SIGNATURE

Date executed: August 17, 2018

Raymond E. Carr
Lord of the Streets
3401 Fannin St.
Houston, Tx 77004

# Salvation Army Harbor Light Complaint Form

Date: 6 / 27 / 18

Complainant's Name: Raymond Carr

Description of Complaint:

On 6/27/18, I went in the kitchen to heat-up my coffee as I do every-
day because I work their. But this time I was met with harassment
from the kitchen supervisor Mr. John and resident employees who stated "
you need to quit coming in the kitchen to heat-up coffee". I then told
Mr. John I come here on a daily basis and I am not the only one who
comes in here. He then stated you never do any work and you want to
come in here because from now on you don't work here anymore. This
is third outright lie by Mr. John (and other employees) attempt to
cause me harm and have me put out the program which the other
two attempts was in disciplinary action that is on file. My co-worker
Larry is a witness to his lies if he is honest enough to tell the
truth. See Title VII of the Civil Rights Act of 1964, and the
Americans with disabilities Act of 1990.

The Salvation Army - Residential Services

## Exit Notification

**Resident Name:** Raymond Carr

You are being given this exit notice because:

☐ You have accomplished a successful housing and/or exit plan.
☑ You are not eligible for further extensions to stay in shelter.
☐ You have excessively violated the rules and regulations.
☐ Other: _____

You have until the following date to move from our shelter:

**Final Exit Date:** 8-17-18

**Can return after 60 Days or with a letter from Housing/Case manager** REMINDER

If you disagree with this notice, please notify your case manager within 48 hours to schedule an appeal with the Lead case manager.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The following **checklist** will help you in a successful exit:

☐ Schedule assistance with transportation at least a week in advance through case manager.

☐ The morning of your exit, turn in all shelter issued linens and supplies.

☐ Ensure all personal items are packed and removed from your room by 12 noon.

☐ A Resident Inventory must be completed prior to your scheduled move out.

Kevin Walsh   7-31-18
**Case Manager Signature and Date:**

Leon Gaymon   7-31-18
**Lead case manager Signature and Date:**

PARTICIPANT: _____
Date: _____

FY 2012